JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-8127-AG(SHx) | Date | August 18, 2009 |
|---|---|---|---|
| Title | CHRISTOPHER BRILEY, ET AL v CITY OF HERMOSA BEACH, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] ORDER STAYING ACTION PENDING FINAL SETTLEMENT AND REMOVING CASE FROM ACTIVE CASELOAD

On August 13, 2009, counsel for plaintiff notified this Court that this matter has settled. The Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right, upon good cause shown by September 18, 2009, to reopen the action if settlement is not consummated. Counsel shall file settlement documents and/or a dismissal with this Court by September 18, 2009. The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action. All hearing dates in this matter are ordered vacated.

_____ : 0

Initials of Preparer    lmb